FILED

Kenneth Riley
**FULL NAME**

— N/A
**COMMITTED NAME (if different)**

Metropolitan Detention Center-LA
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

P.O. Box 1500 Los Angeles, CA 90053

#46722-112
**PRISON NUMBER (if applicable)**

2010 FEB 19 PM 5:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

fee paid
F/S
21 Days
Summons

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KENNETH RILEY

  PLAINTIFF,

v.

MICHAEL BENOV, Warden
et al.
  DEFENDANT(S).

CASE NUMBER 550

CV10 1285 ' RGK (SH)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ____N/A____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) The defendants named herein arbitrarily caused irreparable injury to the Plaintiff due to gross negligence and deliberate indifference to Plaintiffs actual medical need. See attached facts in support. Nonetheless, Plaintiff was forced to have a major operation, Colonosopy, due to the defendants initial gross negligence and deliberate indiffernce to Plaintiff's actual medical need. If Plaintiff had not had this operation (subsequent to the defendants gross negligence) he would have died in all probability. In other words, had the defendants taken on the responsibility to provide Plaintiff the proper medical care needed upon his initial complaints then an operation would not have been needed to save his life etc. Now Plaintiff is without a colon which will effect him for life.

```
2/24/2010 11:03:59 AM  Receipt #: 132441
        Cashier : KPAGE [LA 1-1]
Paid by: KENNETH RILEY
2:CV10-01285
2010-086900      5 - Civil Filing Fee(1)
Amount :                         $60.00
2:CV10-01285
2010-510000     11 - Special Fund F/F(1)
Amount :                        $190.00
2:CV10-01285
2010-086400       Filing Fee - Special(1)
Amount :                        $190.00
M.O. Payment : P9365 /           350.00
```

002563

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____ N/A _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned ___

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not _I made an effort to exhaust my remedies, however I never received a reply. Would be futile to continue. Subsequently I wrote this letter to the warden, still no reply. See EXHIBIT-A_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Kenneth Riley__
                                                          (print plaintiff's name)
who presently resides at _Metropolitan Detention Center LA PO.Box 1500, LA, CA 90053_
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Metropolitan Detention Center - Los Angeles_
(institution/city where violation occurred)

---

CV-66 (7/97)  **CIVIL RIGHTS COMPLAINT**  Page 2 of 6

on (date or dates) _____, _____, _____.
                      (Claim I)         (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Michael Benov** resides or works at
   (full name of first defendant)
   **535 N. Alameda Street. LA, CA 90012**
   (full address of first defendant)
   **Warden**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Responsible for Federal inmates health and safety etc.
   Federal Official.

2. Defendant **Mr. Jamil, MARWAN, MLP LEVEL PRACTioner** resides or works at
   (full name of first defendant)
   **535 N. Alameda Street LA. CA 90012**
   (full address of first defendant)
   **Medical License Practitioner**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Responsible for Federal inmates health and safety etc.
   Federal Official.

3. Defendant **Ms. Castillo, Virginia, MLP LEVEL Practioner** resides or works at
   (full name of first defendant)
   **535 N. Alameda Street LA. CA 90012**
   (full address of first defendant)
   **Medical License Practitioner**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Responsible for all federal inmates health and safety etc.
   Federal Official.

4. Defendant __Mr. De vega, Carlos - Health Care ADM__ resides or works at
   (full name of first defendant)
   __535 N. Alameda Street, LA CA 90012__
   (full address of first defendant)
   __Hospital Administrator__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Responsible for all federal inmates health and safety. etc.__
   __Federal Official.__

5. Defendant __Mr. Omar Muhammad - Asst. Health Svcs. ADM__ resides or works at
   (full name of first defendant)
   __535 N. Alameda Street LA CA 90012__
   (full address of first defendant)
   __Medical License Practitioner__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Responsible for all federal inmates health and safety etc__
   __Federal Official__

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Plaintiff alleges that his rights under the Fourth, Fifth and Eighth Amendments to the United States Constitution have been violated by the named defendants herein.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each **DEFENDANT** (by name) did to violate your right.

On or about January 31st 2008 Plaintiff arrived at MDC LA for an alleged Federal crime — phone counts.

Subsequently, on or about February 25th 2008 Plaintiff began experiencing hemorrhage in his rectum. At this time he reported this medical condition to Mr. Jamil (MLP). However, Mr. Jamil informed Plaintiff if this condition continues that he would prescibe the necessary medication and treatment. Plaintiff continued to hemorhage and consistantly wrote complaints to the hospital as well as to Mr Jamil to no avail. Finally on March 28, 2008 Mr. Jamil prescibed Plaintiff Hemorhuidal Suppository Suppository. This made Plaintiff's condition worse, as he began to bleed more heavily. Plaintiff has witnesses for this account.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Supporting Facts (Continued):

Nonetheless, Mr. Jamil neglected to check-out Plaintiff at that time. Yet ironically this continued for over a one (1) year period! Plaintiff continued to use the only medication that was prescibed for him — despite his on-going complaints of pain and suffering. See Exhibit C & D

On or about Febuary 25, 2009, Plaintiff was escorted to the outside hospital, White Memorial, for an examination. While plaintiff was placed under sedation a tube was placed in his throat, along with a camera, to show the injury he was experiencing. He was then returned back to MDC and prescibed the same medication as before (HSS). See Exhibit C

On or about March 5, 2009, Plaintiff was again escorted to White Memorial Hospital for a colon operation (one day procedure). Then he was returned back to MDC LA. see Exhibit E

On March 6, 2009, Plaintiff began pouring black blood from his rectum every time he had to use the restroom. At this time as well he experienced excruciating pain in his lower stomach (left side) and rectum. He literally stayed in his bed for weeks at a time, losing weight (185 pds down to 122 pds) — in a period of two (2) months. During this time Plaintiff filed numerous complaints to Mr. Benov, Warden, and medical staff named herein to no avail.

Supporting Facts (continued)

On or about March 25, 2009 Plaintiff felt extremely ill (weak from pouring so much blood) and subsequently other inmates notified staff for assistance. Plaintiff was then escorted to the institutional hospital. The only treatment provided was taking his vital sign. Then he was escorted back to the unit. However, while being escorted back to the unit Plaintiff passed-out and deficated on himself. At this time Mr Omar (MLP) returned Plaintiff to the restroom hospital where he had to clean-up himself. Mr. Omar neglected to provide me proper medical care.

On April 7th 2009, Plaintiff was so weak (again) that he passed out. It should be noted that Plaintiff could not eat for 2-3 weeks (no solid foods). He was then escorted to White Memorial Hospital. At this time he was provided antibiotics, IV's and examined. He remained there for 6-7 weeks, then returned to MDC with the same condition.

On May 25th 2009 Plaintiff was returned to White Memorial Hospital for the same treatment as before.

On June 13, 2009, Plaintiff was bleeding so heavily and hurting so badly that the doctor had to finally order surgery. This surgery was the removal of Plaintiff's colon. See Exhibit B.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1). Proper medical care at an appropriate facility in accord to Plaintiffs need and condition.

2). Two million dollars ($2,000,000) from each defendant

3). Early release negotiations due to Plaintiff's medical condition, caused by the defendants gross negligence.

4). No reprisals by the defendants due to Plaintiff pursuing this civil action.

5). Attorney Fees and Cost for other relief as the Court deems just and proper.

6). Appointment of counsel

September 20, 2009
(Date)

Kenneth B. Riley
(Signature of Plaintiff)

Kenneth B. Riley - Reg. No.: 46722-112
P.O. Box 1500
Los Angeles, CA 90053


February 15, 2009


Mr. Michael L. Benov, Warden
Metropolitan Detention Center
535 N. Alameda Street
Los Angeles, CA 90012

Re.: Request for medical care for persistent bleeding.

Dear Mr. Benov:

I have made numerous request to receive the appropriate medical care for the bleeding problem that I have for the past year. I was told on several occasion that my name was placed on a list to receive the medical care that I need, but to date I have not receive any further evaluation or treatment for this existing problem.

Therefore, this letter serves as a formal notice of my intent to file a request for a Court Order to receive the appropriate medical care that I need.

Respectfully,


_____
Kenneth B. Riley


EXHIBIT - A



"EXHIBIT B"

**LOS ANGELES MDC**　　　　　LOS - G04-761L
535 N ALAMEDA STREET · LOS ANGELES, California 90012
13663　　　Castillo, V. MLP　　　　12/11/08
RILEY, KENNETH　　　　　　　　46722-112
UNWRAP AND INSERT ONE SUPPOSITORY
RECTALLY twice daily

NO
REFILLS.

Hydrocortisone Acetate SUPP 25 MG
(0) Refills　12/22/08　　TA1　　Refill Until: 01/10/09
#10　　　　　　　　　　Don't Confiscate Before: 03/22/09
　　CAUTION. Federal/State law prohibits transfer of this drug
　　to any person other than patient for whom prescribed.

---

**LOS ANGELES MDC**　　　　　LOS - G04-761L
535 N ALAMEDA STREET · LOS ANGELES, California 90012
4707　　　Jamil, M. MLP　　　　03/28/08
RILEY, KENNETH　　　　　　　　46722-112
UNWRAP and INSERT ONE SUPPOSITORY
RECTALLY at bedtime

No
Refills

Hemorrhoidal Suppository Suppository
(0) Refills　03/28/08　　KH　　Refill Until: 04/07/08
#10　　　　　　　　　　Don't Confiscate Before: 06/26/08
　　CAUTION. Federal/State law prohibits transfer of this drug
　　to any person other than patient for whom prescribed.

Exhibit C-

---

**LOS ANGELES MDC**　　　　　LOS - G04-761L
535 N ALAMEDA STREET · LOS ANGELES, California 90012
7642　　　Castillo, V. MLP　　　　06/18/08
RILEY, KENNETH　　　　　　　　46722-112
UNWRAP and INSERT ONE SUPPOSITORY
RECTALLY twice daily

NO
REFILLS.

Hemorrhoidal Suppository Suppository
(0) Refills　07/16/08　　KH　　Refill Until: 07/18/08
#10　　　　　　　　　　Don't Confiscate Before: 10/14/08
　　CAUTION. Federal/State law prohibits transfer of this drug
　　to any person other than patient for whom prescribed.

"EXHIBIT C"

Kenneth B. Riley - Reg. No.: 46722-112
P.O. Box 1500
Los Angeles, CA 90053


February 15, 2009


Mr. Brian Newman, Esq.
300 Corporate Point, Suite 330
Culver City, CA 90230

Re. Case No.: CR-07-010492/ Request for an Ex Parte Order to receive medical care.

Dear Mr. Newman, Esq.:

Over the past year I have had an intestinal problem, and I have brought it to the attention of MDC- Medical Department. At first they thought it was hemorrhoid, but the bleeding persisted. I was placed on Calcium Carbonate Chew Tab/ 500mg., Atenolel 50 mg., Lisimopril 10 mg., Docusate Sodium 100 mg., and Ranitidine 150 mg., but I have not have any relief of the bleeding.

I am still passing blood with my stool and it is pouring out with diahroea. I had provided stool sample and to date no further intervemtion have been completed.

For the foregoing reasons, I humbly request that you please file an Ex-Parte Application for an order directing the Metropolitan Detention Center Medical Department and the United States Marshal's Service to make the necessary arrangement so that I might receive the proper medical care to treat my signs and symptoms.

Thanks in advance for your assistance in this matter and for your prompt response.

Respectfully,

---------------------------
Kenneth B. Riley


EXHIBIT - D

EXHIBIT - E

## WHITE MEMORIAL MEDICAL CENTER

**RILEY, KENNETH**
M 046Y 7/29/1962   ATT 2208 MALAMUD, ARIEL
Acct: **53533212**   ADM 2208 MALAMUD, ARIEL
MR # 115-08-14   REF
                                GIL  D   5831
                                ADMIT: 3/03/2009
WHITE MEMORIAL MEDICAL CENTER

**SAME DAY SURGERY**
**Post Conscious Sedation Instructions**

__EGD        __ERCP        __COLONOSCOPY        __PEG        __OTHER

**Dear Patient:**

We have tried to anticipate all your questions you might have before we sent you home. If you thought of something you specifically need to know, please feel free to call Same Day Nursing Staff at **(213) 260 5705** or your physician at _____

| __General Instructions | __Diet |
|---|---|
| __Bed rest today increase activity as tolerated tomorrow.<br><br>__Do not drink alcohol or drive for 24 hours.<br><br>__Do not stay home alone for first 24 hours. | __Liquids today<br><br>__Soft diet today<br><br>__Regular diet today<br><br>If nausea occurs, avoid foods and drink clear liquids only.<br>Avoid hot, spicy, and citrus food. |
| __After some procedures the following symptoms may occur | __Cautions |
| __lightheadedness, dizziness or sleepiness.<br><br>__Some nausea and vomiting<br><br>__Abdominal discomfort | If you notice any bleeding or develop severe pain after your procedure, contact your doctor immediately.<br><br>If you develop a phlebitis (warm, red swollen area at the I.V. site) apply frequent warm soaks to the area and notify your physician if the symptoms persist |
| __Other Instructions | |
| If minor sore throat occurs you may take over-the-counter throat lozenges as directed on the package or use warm salt water mouth gargle. | |

**Post Conscious Sedation telephone call:** A representative from Same Day Surgery may call you by telephone a few days after the procedure. Do not be alarmed. This is a routine call to find out how your are progressing after procedure.

_____        _____
Patient and/or OTHER (relationship)              R.N.   Signature

96-5209-0

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Kenneth Riley | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV10-1285-RGK(SH) |
| v. | |
| Michael Benov, Warden et al; | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): Michael Benov, Warden et al;

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Kenneth Riley , whose address is P. O. Box 1500 Los Angeles, California 90053 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 2/19/10            By: _____
                               Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                    SUMMONS



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8  Los Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Friday, February 19, 2010

KENNETH RILEY
#46722-112
P. O. BOX 1500
LOS ANGELES, CA. 90053


Dear Sir/Madam:

   A Complaint for Civil Rights was filed today on your behalf and assigned civil case number CV10- 1285 RGK (SH)

A ___ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
   ___ District Court Judge _____
   X  Magistrate Judge   **Stephen J. Hillman**
at the following address:

| X U.S. District Court<br>312 N. Spring Street<br>Civil Section, Room G-8<br>Los Angeles, CA  90012 | ___ Ronald Reagan Federal<br>Building and U.S. Courthouse<br>411 West Fourth St., Suite 1053<br>Santa Ana, CA  92701-4516 | ___ U.S. District Court<br>3470 Twelfth Street<br>Room 134<br>Riverside, CA 92501 |

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

                                        Sincerely,

                                        Clerk, U.S. District Court


                                        By: ___CSAWYER_____
                                                 Deputy Clerk


CV-19 (04/01)           **LETTER re FILING CIVIL RIGHTS COMPLAINT**

