

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KENNETH RILEY,<br>Plaintiff,<br>v.<br>MICHAEL BENOV, Warden, et al.,<br>Defendants. | Case No. CV 10-1285-RGK (SH)<br><br>REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

This Report and Recommendation is submitted to the Honorable R. Gary Klausner, United States District Judge, pursuant to 28 U.S.C. § 636 and General Order 05-07 of the United States District Court for the Central District of California. For the reasons stated below, this action should be dismissed without prejudice.

**I. PROCEEDINGS**

On February 19, 2010, pro se plaintiff, confined in the Metropolitan Detention Center in Los Angeles, California, filed a Civil Rights Complaint pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Named as defendants were Michael Benov, the warden, Marwan Jamil, a medical license practitioner, Virginia Castillo, a medical license practitioner, Carlos Devesa, a hospital administrator, and Omar Muhammed, a medical license practitioner. The Complaint alleges that beginning in February 2008 plaintiff did not receive proper medical care, ultimately resulting in the removal of his colon in June 2009. (Complaint at 1, 5, Attachment at 1-2). Plaintiff sought inter alia proper medical care, two million dollars from each defendant, and early release. (Complaint at 6).

On April 28, 2010 (one month after plaintiff had filed Proofs of Service of Summons and Complaint on the various defendants), the Court's Clerk's Office informed petitioner that the Summons had been improperly issued. On July 6, 2010, the Court issued an Order for Status Report and Order to Show Cause ("Order"), noting that the Court records indicated that this action was not being diligently prosecuted by plaintiff in that the defendants had not been properly served. Plaintiff was ordered to file a report on the status of the litigation within twenty days of the Order. Plaintiff was further ordered to show cause why this action should not be dismissed for failure to diligently prosecute pursuant to Fed. R. Civ. P. 4(m) and Local Rule 12, within twenty days of the Order. Plaintiff was admonished that his failure to timely comply with the Order would result in this action being dismissed without prejudice.

On July 26, 2010, plaintiff filed a Response to the Order, wherein he stated that he had been ill for almost four months, and he requested an extension of time to retain counsel and serve the defendants. Per an Order issued on July 26, 2010, the Court granted plaintiff until August 26, 2010 to retain counsel and serve the defendants.

Petitioner subsequently filed a request for an additional extension of time. Per an Order issued on August 26, 2010, the Court granted plaintiff until October 11, 2010 to retain counsel and serve the defendants.

On December 8, 2010, the court clerk was advised by telephone that plaintiff has not been able to retain counsel, and that the action should be dismissed without prejudice.

To date, petitioner has not properly served the defendants in this action.

## II. DISCUSSION

The Court finds that plaintiff's conduct in failing to properly serve the defendants in this action, despite being admonished of the consequences, evidences a lack of prosecution on his part. The Court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute. See Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); see also Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b).

## III. RECOMMENDATION

Accordingly, it is recommended that the Court issue an Order: (1) approving and accepting this Report and Recommendation; and (2) dismissing this action without prejudice.

DATED: January 5, 2011

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

NOTICE

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file Objections as provided in the Local Rules Governing the Duties of the Magistrate Judges and review by the District Judge whose initials appear in the docket number. No Notice of Appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the Judgment of the District Court.