UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KENNETH RILEY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL BENOV, Warden, et al.,<br><br>　　　　　Defendants. | ) CV 10-1285-RGK (SH)<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

　　　IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

　　　Each party to bear its own costs.

1

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: April 8, 2011

*Gary Klausner*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE