UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KENNETH RILEY, ) | CV 10-1285-RGK (SH) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| MICHAEL BENOV, Warden, et al., ) | |
| Defendants. ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without prejudice.

DATED: April 8, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE